UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

STEVE M. MASON (01)

Case No. 1:06-cr-00003-JMS-MG

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☒ OTHER: DENIED AS MOOT.

☐ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *vs.* | ) | 1:06-cr-00003-JMS-MG |
| | ) | |
| STEVE M. MASON, | ) | -01 |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

On March 26, 2024, Defendant Steve Mason filed a Motion for Compassionate Release, [Filing No. 36], which the Court was holding in abeyance pending the resolution of Mr. Mason's motion seeking relief under 28 U.S.C. § 2255, [Filing No. 70]. On August 12, 2026, the Court granted the parties' Joint Motion for Relief Under 28 U.S.C. § 2255 and ordered that Mr. Mason's sentence be modified to time served. [*See* Filing No. 72.] An Amended Judgment reflecting the time-served sentence was entered the same day. [Filing No. 73.] Accordingly, Mr. Mason's Motion for Compassionate Release, [36], is **DENIED AS MOOT**.

Date: 8/14/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Steve M. Mason
#08001-028
FCI Tucson
Federal Correctional Institution
P.O. Box 23811
Tucson, AZ 85734